Date: 12/22/10

Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 110 Dated 12/22/10

Case Number 09-37626 - COURNOYER, FENN P

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712<br>    FINAL DISTRIBUTION<br>    5581 | 000006 | 201.62 | 2.12 |
| US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br>    FINAL DISTRIBUTION<br>    1345 | 000007 | 410.16 | 4.32 |
| ---------- Remittance Total --------------- | | 611.78 | 6.44 |

John A. Hedback, Trustee

RECEIVED 10 DEC 23 PM 12:10 U.S. BANKRUPTCY COURT ST. PAUL, MN